IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Devin Fisher
HCDC P.O. Box 1245
Bel Air, Md 21014

_(Full name, date of birth, identification #, address of petitioner)_
**Plaintiff,**

v.

Samantha Schroeder
114 Grove Cove Rd
Centreville, Md 21617

_(Full name and address of respondent)_
**Defendant(s).**

Case No.: 23 CV 427
_(Leave blank. To be filled in by Court.)_

FILED / LOGGED / ENTERED / RECEIVED
FEB 15 2023
CLERK, U.S. DISTRICT COURT
AT BALTIMORE
DISTRICT OF MARYLAND
BY KL DEPUTY

## COMPLAINT

I. Previous Lawsuits

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

      YES ☐    NO ☒

   B. If you answered YES, describe that case(s) in the spaces below.

      1. Parties to the other case(s):

         Plaintiff: N/A

         Defendant(s): N/A

      2. Court (if a federal court name the district; if a state court name the city or county):

         N/A

3. Case No.: __N/A__

4. Date filed: __N/A__

5. Name of judge that handled the case: __N/A__

6. Disposition (won, dismissed, still pending, on appeal): __N/A__

7. Date of Disposition: __N/A__

II. Administrative Proceedings

   A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

   YES ☐    NO ☒

   1. If you answered YES:

      a. What was the result? __N/A__

      b. Did you appeal? _____

      YES ☐    NO ☒

   2. If you answered NO to either of the questions above, explain why: __N/A__

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

Samantha Schroeder is my Mother, she sexually molested me and rapped me for years as a child and would burn me with ciggerrette's and psyhicially beat me and emotionally abuse me. Samantha Schroeder has destoryed my life, my future.

IV. Relief
(State briefly what you want the Court to do for you.)

I want criminal charges to be filed against her and have to sign up as a sex offender so she can not do this to any other children or her grand children. Samantha Schroeder needs to answer to her crimes of sexual abuse on me as a child.

SIGNED THIS __11th__ day of __febuary__, __2023__.

_____
Signature of Plaintiff

__Devin Fisher__
Printed Name

__P.O. Box 1245 Bel Air, md 21014__
Address

_____
Telephone Number

_____
Email Address

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Devin Fisher
P.O. Box 1245
Bel Air, Md 21014

*

(Full name, date of birth, identification #, address of petitioner)
**Plaintiff,**

v.

Samantha Schroeder
114 Grove Cove Rd
Centreville Md 21617

*

Case No.: _____
(Leave blank. To be filled in by Court.)

(Full name and address of defendant)
**Defendant(s).**

## CERTIFICATE OF SERVICE

I hereby certify that on __Feb 11th__, __2023__, a copy of __Complaint__ was mailed via first class mail, postage prepaid, to __Clerk of Court U.S. District Court 101 W. Lombard St. Balt Md 21201__

_____
Signature of Plaintiff

__Devin Fisher__
Printed Name

__P.O. Box 1245 Bel Air, md 21014__
Address

_____
Telephone Number

_____
Email Address

Instructions&Form1983 (09/2019)

Page 13 of 13